UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LOCALS 302 AND 612 OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS CONSTRUCTION INDUSTRY HEALTH AND SECURITY FUND, *et al.*, | Case No. MC21-0075RSL |
| Plaintiffs, | |
| v. | |
| RECLAIM COMPANY LLC, | ORDER TO ISSUE WRIT OF GARNISHMENT |
| Defendant, | |
| v. | |
| BANK OF AMERICA, N.A., | |
| Garnishee. | |

This matter comes before the Court on plaintiff's "Application for Writ of Garnishment" for property in which the defendant/judgment debtor, Reclaim Company LLC, has a substantial nonexempt interest and which may be in the possession, custody, or control of the garnishee, Bank of America, N.A. The Court having reviewed the record in this matter, it is hereby ORDERED that the Clerk of Court shall issue the Writ of Garnishment (Dkt. # 1-2) submitted by plaintiffs' counsel on July 9, 2021.

Dated this 13th day of July, 2021.

*Robert S Lasnik*

Robert S. Lasnik
United States District Judge