1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10

11

LOCALS 302 AND 612 OF THE
INTERNATIONAL UNION OF
OPERATING ENGINEERS
CONSTRUCTION INDUSTRY HEALTH
AND SECURITY FUND, *et al.*,

NO. MC21-0075RSL

ORDER DIRECTING ENTRY OF
JUDGMENT ON GARNISHEE'S
ANSWER

Plaintiffs,

12

v.

13

RECLAIM COMPANY LLC,

14

Defendant,

15

v.

16

BANK OF AMERICA, N.A.,

17

Garnishee-Defendant.

18

19

20

**Summary**

21

22

Judgment Creditor:                    Locals 302 and 612 of the International Union
of Operating Engineers Construction Industry                                    Health
and Security Fund, *et al.*

23

24

25

Judgment Debtor:                      Reclaim Company LLC
Garnishee-Defendant:                  Bank of America, N.A., Branch No. 3137
Garnishment Judgment Amount:          $30,180.90
Attorneys' Fees:                      $300.00
Costs:                                $96.75
Percent Interest on Principal:        Twelve percent (12%) per annum

26

27

28

ORDER DIRECTING ENTRY
OF JUDGMENT - 1

1    Attorneys for Judgment
2      Creditor:                                    Turner, Stoeve & Gagliardi, P.S.

3        THIS MATTER comes before the Court on plaintiffs' "Application for Judgment on Answer

4    and Order to Pay." Dkt. # 8. It appearing that Garnishee-Defendant has filed its answer herein

5    stating that it holds funds of the Judgment-Debtor, Reclaim Company LLC., in the sum of

6    $30,180.90; that Judgment Creditor has judgment unsatisfied against the Judgment Debtor in excess

7    of that amount; that Judgment Creditor incurred attorney's fees in the amount of $300.00, and costs

8    in the amount of $96.75; that more than twenty (20) days have elapsed since service of the Writ of

9    Garnishment and Garnishee Defendant's answer thereto: that signed affidavit or return of service

10   of the Writ of Garnishment and the Application for Writ of Garnishment (including a copy of the

11   underlying judgments) indicating service upon the Judgment Debtor either by personal service or

12   by certified mail is on file herein now, therefore, it is hereby

13       ORDERED, ADJUDGED AND DECREED as follows:

14       1.    The Clerk of Court is directed to enter judgment in favor of the Judgment Creditor

15   and against the Garnishee Defendant in the sum of 30,180.90, such funds to be first applied in

16   satisfaction of the costs and fees taxable herein;

17       2.    Judgment Creditor shall have judgment against the Judgment Debtor for attorney's

18   fees and costs in this garnishment action in the sum of $396.75, said sum to be added to

19   Judgment Creditor's prior judgment against Judgment Debtor;

20       3.    Upon payment by the Garnishee of the $30,180.90 to the registry of this Court, the

21   Garnishee shall be automatically discharged from this action.

ORDER DIRECTING ENTRY
OF JUDGMENT - 2

4.     Upon receipt of the aforementioned payment from the Garnishee, the Clerk is authorized and directed to draw a check on the funds on deposit in the registry of this court in the principal amount of $30,180.90, plus all accrued interest, minus any statutory user fees, payable to Locals 302 and 612 of the International Union of Operating Engineers Construction Industry Health and Security Fund and mail or deliver the check to Turner, Stoeve & Gagliardi, P.S., ATTN: David L. Sieck, 201 W. North River Drive, Suite 190, Spokane, WA 99201.

5.     Upon receipt of said sum, Judgment Creditor's attorney shall cause an appropriate satisfaction of judgment to be filed in one or more of the underlying actions as to the principal Defendant/Judgment Debtor.


Dated this 29th day of September, 2021.

Robert S. Lasnik
United States District Judge

ORDER DIRECTING ENTRY
OF JUDGMENT - 3